UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA DURPHEY , <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | CASE NO. C24-468 MJP <br><br> ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER |

This matter comes before the Court on Defendant Experian Information Solutions, Inc.'s Motion for Extension of Time to Answer or Otherwise Plead. (Dkt. No. 9.) Having reviewed the Motion and noted the lack of any opposition, the Court GRANTS the Motion. Experian shall have until June 3, 2024 to file an answer or otherwise respond to the Complaint.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 20, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER - 1