Nicholas Ranallo, Esq.  WSBA No.: 51439    Magistrate Judge Grady J. Leupold
Ranallo Law Office
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9229
E-Mail:  nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| VERONICA DURPHEY,<br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and LEXISNEXIS RISK SOLUTIONS, INC.;<br>    Defendants. | CASE NO. 2:24-cv-00468-GJL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

THIS MATTER is before the Court on Defendant Trans Union, LLC's ("Trans Union") Unopposed Motion for Extension of Time to Answer or Otherwise Plead (the "Motion").

The Court has considered Trans Union's Motion, and it is so ORDERED AND ADJUGED that the Motion is GRANTED.  Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint no later than May 23, 2024.

DATED this __20th__ day of ____May____ 2024.

_____
Marsha J. Pechman
United States Senior District Judge

**PROPOSED ORDER GRANTING DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD– 2:24-cv-00468-GJL**

RANALLO LAW OFFICE
5058 57TH AVE. SOUTH
SEATTLE, WA 98118
TELEPHONE:  (813) 607-9299

Presented by:

Nicholas Ranallo, Esq.  WSBA No.: 51439
Ranallo Law Office
5058 57th Avenue South
Seattle, WA 98118
Telephone: (831) 607-9229
E-Mail: nick@ranallolawoffice.com

DISTRIBUTION:

| Dawn M. McCraw, Esq.<br>dmccraw@consumerattorneys.com | Sara J. Wadsworth, Esq.<br>Sara.wadsworth@stoel.com |
|---|---|
| Nicholas Ranallo, Esq.<br>nick@ranallolawoffice.com | |

**PROPOSED ORDER GRANTING DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD– 2:24-cv-00468-GJL**

RANALLO LAW OFFICE
5058 57TH AVE. SOUTH
SEATTLE, WA 98118
TELEPHONE: (813) 607-9299