The Hon. Grady J. Leupold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VERONICA DURPHEY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and LEXISNEXIS RISK SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:24-cv-00468-GJL <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER** <br><br> Note on Motion Calendar: May 1, 2024 |

**STIPULATED MOTION**

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for an extension of time in which to answer or otherwise respond to the Complaint in this matter. It is stipulated and agreed to by and among counsel, that defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 3, 2024 through and including May 24, 2024. In support of its Motion, defendant states:

1. On April 12, 2024, plaintiff Veronica Durphey served the filed Complaint from the Western District of Washington, on defendant Equifax.

**STIPULATED MOTION FOR EXTENSION - 1**
Case No. 2:24-cv-00468-GJL

2.  Pursuant to Rules 12 and 8 Federal Rule of Civil Procedure, Equifax must file its responsive pleading by May 3, 2024.

3.  On April 29, 2024, counsel for Equifax conferred with plaintiff's counsel to confirm that plaintiff had no objection to extending Equifax's deadline to answer or respond to plaintiff's Complaint by 21 days. Plaintiff's counsel confirmed that plaintiff consents to Equifax's requested extension.

4.  Thus, to allow Equifax additional time to investigate plaintiff's allegations and to engage in informal settlement discussions with plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to plaintiff's Complaint through and including May 24, 2024.

5.  This motion is filed before Equifax's response to plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

6.  This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to plaintiff's Complaint through and including May 24, 2024.

///
///
///
///
///
///
///
///
///

**STIPULATED MOTION FOR EXTENSION - 2**
Case No. 2:24-cv-00468-GJL

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

I certify that this memorandum contains 446 words, in compliance with Local Civil Rule 7(e)(1).

DATED: May 1, 2024.

MARKOWITZ HERBOLD PC

*s/ Jeffrey M. Edelson*

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

CONSUMER ATTORNEYS PLC (SEA)

By:   *s/ Dawn M McCraw*
Dawn M McCraw
Consumer Attorneys PLC (SEA)
450 Alaskan Ways Ste 200
Seattle, WA 98104
P: (602)807-1527
dmccraw@consumerattorneys.com

*Attorney for Plaintiff*

**STIPULATED MOTION FOR EXTENSION - 3**
**Case No. 2:24-cv-00468-GJL**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by May 24, 2024.

DATED : __May 20_____ 2024.

_____
U.S. District Court Judge

Presented by:

*s/Jeffrey M. Edelson*
_____
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Attorney for Defendant Equifax Information Services, LLC

**STIPULATED MOTION FOR EXTENSION - 4**
**Case No. 2:24-cv-00468-GJL**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085