Honorable District Judge Marsha J. Pechman

Dawn McCraw WA #54543
**CONSUMER ATTORNEYS**
450 Alaskan Way South, Suite 200
Seattle, Washington 98104
T: 602.807.1527
F: (718) 715-1750
E: dmccraw@consumerattorneys.com
*Attorneys for Plaintiff*
*Veronica Durphey*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| VERONICA DURPHEY, | Case No.: 2:24-cv-00468-MJP |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC.; EQUIFAX INFORMATION SERVICES, LLC; and LEXISNEXIS RISK SOLUTIONS, INC. | ~~[PROPOSED]~~ **ORDER** |
| Defendants. | |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant

Equifax Information Services, LLC. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Equifax

Information Services, LLC

**IT IS SO ORDERED.**

DATED: September 20, 2024

Marsha J. Pechman
United States Senior District Judge