|  |  |  |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| VERONICA DURPHEY , | | CASE NO. C24-468 MJP |
| Plaintiff, | | ORDER FOR ADDITIONAL BRIEFING |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | | |
| Defendants. | | |

The Court issues this Order for Additional Briefing <u>sua sponte</u> after reviewing the briefing on Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration. (Dkt. Nos. 50, 55, 56.) The Court requests additional briefing on two topics: (1) whether and how Plaintiff became bound by the post-2016 changes in the Terms of Use Agreement that removed the arbitration provision's carve-out for FCRA claims; and (2) whether and how Experian Information Solutions, Inc. can enforce ConsumerInfo.com, Inc.'s Terms of Use Agreement. As to the first issue, the Court would like the Parties to discuss whether and how <u>Williams v. Experian Information Solutions, Inc.</u>, No. CV-23-01076-PHX-DWL, 2024 WL

3876171 (D. Ariz. Aug. 21, 2024) and Washington's law on contract modification should guide the Court's analysis. Plaintiff and Experian Information Solutions, Inc. shall each file a responsive brief of no more than 3,000 words within 14 days from the date of this Order. No further briefing shall be filed unless the Court directs otherwise.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 2, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER FOR ADDITIONAL BRIEFING - 2