UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA DURPHEY , <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | CASE NO. C24-468 MJP <br><br> ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES |

This matter comes before the Court on the Parties' Joint Motion to Extend Certain Deadlines. (Dkt. No. 76.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion. The Court finds cause to extend the deadlines to accommodate the additional discovery the Parties need to complete. Accordingly, the Court ORDERS the following changes to the case schedule:

| Deadline | Existing Deadline | New Deadline |
|---|---|---|
| Jury Trial | September 8, 2025 at 9:00 AM | No Change |

ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES - 1

| | | |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | February 10, 2025 | March 14, 2025 |
| Expert Rebuttal Reports | N/A | April 14, 2025 |
| All motions related to discovery must be filed and noted on the motion calendar in compliance with Local Civil Rule (LCR) 7(d) | March 12, 2025 | April 14, 2025 |
| Discovery completed by | April 11, 2025 | May 9, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar in compliance with LCR 7(d) | May 12, 2025 | June 9, 2025 |
| All motions in limine must be filed by and noted on the motion calendar in compliance with LCR 7(d)(5) | August 4, 2025 | August 4, 2025 |
| Agreed pretrial order due | August 26, 2025 | No Change |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | August 26, 2025 | No Change |
| Pretrial Conference | August 28, 2025 at 1:30PM | No Change |
| Length of Jury Trial | 3-5 days | No Change |

All other requirements and directions set forth in the Case Schedule Order shall continue to apply. (Dkt. No. 43.)

The clerk is ordered to provide copies of this order to all counsel.

Dated January 29, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES - 2